# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TAPGERINE LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SURFINAD, a British Virgin Islands limited liability company,<br><br>　　　　　　　Defendant. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C14-1871 TSZ |

___　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

　　　THE COURT HAS ORDERED THAT

　　　Plaintiff's motion for default judgment, docket no. 14, is GRANTED, and default judgment is hereby ENTERED in favor of plaintiff Tapgerine, LLC and against defendant Surfinad, a British Virgin Islands limited liability company in the amount of $250,000 as damages for theft of trade secrets, violation of the Washington Consumer Protection Act, and tortious interference with contractual relationships and/or business expectancies, together with $6,201.50 in attorney fees and $668.62 in costs, for a total of $256,870.12, which shall bear interest in accordance with 28 U.S.C. § 1961 from the date of this default judgment until paid in full.

　　　DATED this 19th day of August, 2015.

　　　　　　　　　　　　　　　　　　　_Thomas S. Zilly_
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge